■ PHILIP J. SIMAO, Appellant, v ROBERT C. SMITH et al., Respondents. (Appeal No. 1.) [765 NYS2d 551] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered May 10, 2002, which granted defendants' motion for summary judgment dismissing the complaint and denied plaintiffs' cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Wisner, J.P., Hurlbutt, Kehoe and Lawton, JJ.

■ PHILIP J. SIMAO, Appellant, v ROBERT C. SMITH et al., Respondents. (Appeal No. 2.) [765 NYS2d 552] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered July 24, 2002, which denied plaintiff's motion for leave to reargue defendants' prior motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Wisner, J.P., Hurlbutt, Kehoe and Lawton, JJ.

■ TIM Q., Appellant, v TASHA Q., Respondent. [765 NYS2d 552] —Appeal from an order of Supreme Court, Cattaraugus County (Nenno, J.), entered July 25, 2002, which denied plaintiff's motion seeking genetic marker tests to establish paternity of defendant's child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Cattaraugus County, Nenno, J. Present—Wisner, J.P., Hurlbutt, Kehoe and Lawton, JJ.